IN ERROR.
.....l..
ALBANY,
February, 1815.

CLASON
v.
SHOTWELL.

March 27th, 1815.

Judgment of affirmance.

————※————

ISAAC CLASON,　　　　　　　　　　　Plaintiff in Error.

against

GILBERT SHOTWELL,　　　　　　　　Defendant in Error.

The plaintiff in error, in the taxation of costs, is to be allowed for *four* copies of the cases, or *paper books*, only. Costs for the travel and attendance of witnesses at *New-York*, examined *ex parte*, are not allowable.

HENRY, for the defendant in error, moved for a retaxation of the costs in the supreme court, being 137 dollars and 71 cents, and of the costs in this court, which had been taxed by the clerk, at 714 dollars and 21 cents. (See S. C. ante p. 31. 59—68.) He particularly objected to the charge for copies of cases delivered to this court, amounting to several hundred dollars; and also to the charge for the attendance of witnesses at *New-York*, on *ex parte* examination.

It appeared that he had applied to two of the members of this court, in the vacation, for an order to stay the proceedings in the cause, which was refused. He cited the act relative to costs, 2 *N. R. L.* p. 13.

*Burr*, contra, cited the rules of this court. (Printed rules, p. 6.) But the 9th rule directs, that the plaintiff in error, or appellant, shall deliver *paper books* to the President, Chancellor, Chief Justice, and one of the *puisne judges*; and the defendant in error, or respondent, shall deliver them to the other judges.

The court referred the bill to the chancellor for a retaxation, who reported, that he had struck out the charges for cases

delivered to the court, and for attendance of witnesses at *New-York*, &c. *Burr* appealed from this taxation, but the court confirmed the retaxation of the chancellor, allowing the plaintiff to charge for four cases, or paper books, only, according to the rule of the court.